IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 14-mc-00092-MSK-KLM | FTR - Reporter Deck - Courtroom C204 |
| Date: August 6, 2014 | Courtroom Deputy:  Laura Galera |

*Parties:*

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Petitioner,

v.

CENTURA HEALTH,

    Respondent.

*Counsel:*

Andrew Winston
Steven Murray




Melvin Sabey

---

### COURTROOM MINUTES/MINUTE ORDER

---

**SHOW CAUSE HEARING**
**Court in session:   1:33 p.m.**
Court calls case.  Appearances of counsel.

Argument by Mr. Winston as to the Application for an Order to Show Cause Why an Administrative Subpoena Should Not be Enforced #[2].

**Court in recess:     2:23 p.m.**
**Court in session:   2:35 p.m.**

Petitioner's witness, Troy Lutman, called and sworn.

2:36 p.m.     Direct examination of Mr. Lutman by Mr. Winston.

2:44 p.m.     Cross examination of Mr. Lutman by Mr. Sabey.

Witness excused.

3:20 p.m.     Argument by Mr. Winston.

| | |
|---|---|
| 3:23 p.m. | Argument by Mr. Sabey. |
| 3:55 p.m. | Rebuttal argument by Mr. Winston. |
| 4:04 p.m. | Rebuttal argument by Mr. Sabey. |

**ORDERED:** The Court takes the Application for an Order to Show Cause Why an Administrative Subpoena Should Not be Enforced #[2] **UNDER ADVISEMENT** and will issue a written order in due course.

HEARING CONCLUDED.
**Court in recess**:     **4:05 p.m.**
Total time in court:   02:20

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.