IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-mc-00092-MSK-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Petitioner,

v.

CENTURA HEALTH,

    Respondent.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Petitioner's **Motion to Strike Respondent's Supplemental Memorandum in Opposition [ECF 14] to Enforcement of the EEOC's Administrative Subpoena or, Alternatively, for Leave to File Supplemental Brief** [#15] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#15] is **DENIED in part and GRANTED in part**. The Motion is **denied** to the extent that Petitioner seeks to strike the Supplemental Memorandum [#14]. The Motion is **granted** to the extent that Petitioner seeks leave to file a Response to the Supplemental Memorandum. Accordingly,

    IT IS FURTHER **ORDERED** that Petitioner may file a Response to the Supplemental Memorandum [#14] **on or before September 9, 2014**. The Response may be **no longer than two (2) pages**.

    Dated: September 2, 2014